# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No. 11cr282WQH |
| Plaintiff, | |
| v. | **ORDER** |
| MARQUTE EDWARDS, | |
| Defendant. | |

HAYES, Judge:

The matter before the Court is the motion for early termination of supervised release (ECF No. 37) filed by the Defendant.

On December 14, 2011, this Court sentenced the Defendant to be imprisoned for a term of 60 months and a term of 3 years supervised release for transportation in aid of racketeering enterprise in violation of 18 U.S.C. § 1952.

Defendant moves the Court to terminate his three year term of supervised release on the grounds that he has substantially rehabilitated himself after two and half years of successful supervised release. Defendant asserts that early termination will allow him to be a fully involved parent. Plaintiff United states and United States Probation oppose early termination on the grounds that Defendant has provided no exceptional circumstance to warrant termination of his supervised release.

18 U.S.C. § 3583(e)(2) provides in relevant part that

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)--
> ...
> (2) extend a term of supervised release if less than the maximum authorized term was previously imposed, and may modify, reduce, or enlarge the conditions of supervised release, at any time prior to the expiration or termination of the term of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the terms and conditions of post-release supervision;

18 U.S.C. §3583(e)(2).

The Court imposed a 60 month sentence of imprisonment for transportation in aid of racketeering enterprise in violation of 18 U.S.C. § 1952. This was a serious offense which warranted the imposition of the three year term of supervised release. The Court has considered Defendant's request and finds that there are no grounds upon which this Court would terminate Defendant's supervised release prior to completion.

IT IS HEREBY ORDERED that the motion for a reduction in the term of supervised release (ECF No. 37) filed by the Defendant is DENIED.

DATED: January 19, 2018

*[signature: William Q. Hayes]*

**WILLIAM Q. HAYES**
United States District Judge